## Walker Unemployment Compensation Case.

Argued March 19, 1969. Chaney Walker, claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,*

Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.